UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| CHARLES VANOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL NO. 5:05CV47 |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND
## PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)

The United States of America, by counsel, has moved this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to enter an order remanding this case to the Commissioner for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 113 S.Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and, it appearing that the plaintiff has consented, good cause exists to support this request for remand.

**THEREFORE IT IS ORDERED** that, pursuant to sentence six of 42 U.S.C. § 405(g), this case is remanded to the defendant Commissioner. No judgment shall be entered in this matter at this time.

**Signed: July 25, 2005**

Richard L. Voorhees
United States District Judge